1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9  Michael Jackson,                          )    CV 11-00448-PHX-FJM
                                             )
10                 Petitioner,               )    **ORDER**
                                             )
11  vs.                                      )
                                             )
12                                           )
    Randy   Tracy;   Gila   River   Indian)
13  Community Court,                         )
                                             )
14                 Respondents.              )
                                             )
15  _____)

16

17          The court has before it petitioner's motion to amend judgment (doc. 33).  Respondents

18  did not respond, and the time for responding has expired.

19          On August 28, 2012, we entered an order denying petitioner's petition for writ of

20  habeas corpus (doc. 31).  Petitioner challenged his conviction in tribal court pursuant to 25

    U.S.C. § 1303.  Included in that order was language denying petitioner a certificate of
21
    appealability.  The clerk's judgment incorporated the order by reference.  Petitioner asks us,
22
    pursuant to Rule 59, Fed. R. Civ. P., to amend the order and judgment to delete the reference
23
    to the certificate of appealability, as a certificate is not required in cases not arising under §
24
    2255 and not involving a state court detention.  Petitioner is correct that the certificate of
25
    appealability language is superfluous.  See 28 U.S.C. § 2253(c); Harrison v. Ollison, 519
26
    F.3d 952, 958 (9th Cir. 2008).
27
            Accordingly, **IT IS ORDERED GRANTING** petitioner's motion to amend judgment
28

1   (doc. 33).  The clerk shall file the amended order denying the petition for writ of habeas

2   corpus and amend the judgment accordingly.

3          DATED this 18th day of September, 2012.

4

5          _____
                        Frederick J. Martone
6                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28